**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gerald C. Eck<br>          Denise M. Eck<br>                  Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-10800 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                                                        Respectfully submitted,
                                                  **/s/ Michael P. Farrington Esq.**
                                                  Michael P. Farrington, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322