# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  GERALD C. ECK           :        CHAPTER 13
        DENISE M. ECK           :
        Debtors                 :        NO. 23-10800

## ORDER

AND NOW, this **4th** day of **April**, 2023, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an extension to **April 19, 2023** in which to file the Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and two months' income information.

_____
                           J.