| Abington Memorial Hospital<br>1200 Old York Road<br>Abington, PA 19001 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | ABI-AMH Biweekly<br>02/26/2023<br>03/11/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 410<br>000000011405846<br>03/17/2023 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| **Denise Eck**<br>1102 Ford Road<br>Bensalem, PA 19020 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 000134492<br>41030040-Rad Mammo<br>Schilling Campus<br>Registered Nurse<br>$50.339566 Hourly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Married<br>0 | Married<br>0 |

### HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | |
| Regular | 50.339566 | 61.92 | 3,117.03 | 335.13 | 16,812.38 | |
| TimeOffSch | | 0.00 | | 9.20 | 449.63 | |
| TimeOffUsc | | 0.00 | | 12.73 | 629.10 | |
| Holiday | | 0.00 | | 12.23 | 609.45 | |
| **TOTAL:** | | **61.92** | **3,117.03** | **369.29** | **18,500.56** | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 266.37 | 1,586.45 |
| Fed MED/EE | 45.20 | 268.30 |
| Fed OASDI/EE | 193.29 | 1,147.23 |
| PA Unempl EE | 2.18 | 12.95 |
| PA Withholdng | 95.69 | 567.96 |
| PA WARMINSTER TWP W | 7.17 | 47.62 |
| PA UPPER MORELAND T | 24.00 | 137.38 |
| PA UPPER MORELAND T | 2.00 | 12.00 |
| **TOTAL:** | **635.90** | **3,779.89** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403b 5yr | 187.02 | 1,018.59 |
| **TOTAL:** | **187.02** | **1,018.59** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 11.52 | 68.76 |
| STDPTBU | 31.23 | 186.47 |
| AH BEST | 274.80 | 1,444.28 |
| **TOTAL:** | **317.55** | **1,699.51** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Ins.* | 0.60 | 3.20 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,117.03 | 2,930.61 | 635.90 | 504.57 | 1,976.56 |
| YTD | 18,500.56 | 17,485.17 | 3,779.89 | 2,718.10 | 12,002.57 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000011405846 | Checking | 1,976.56 |
| **TOTAL:** | | **1,976.56** |

**MESSAGE:**

---

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

**Date:** 03/17/2023

**Advice No.** 11405846

**Deposit Amount:** $1,976.56

**To The Account Of**

**DENISE ECK**
1102 Ford Road
Bensalem, PA 19020
Location: Schilling Campus

## NON-NEGOTIABLE

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

| | |
|---|---|
| Pay Group: | ABI-AMH Biweekly |
| Pay Begin Date: | 02/12/2023 |
| Pay End Date: | 02/25/2023 |

| | |
|---|---|
| Business Unit: | 410 |
| Advice #: | 000000011365863 |
| Advice Date: | 03/03/2023 |

**Denise Eck**
1102 Ford Road
Bensalem, PA 19020

| | |
|---|---|
| Employee ID: | 000134492 |
| Department: | 41030040-Rad Mammo |
| Location: | Schilling Campus |
| Job Title: | Registered Nurse |
| Pay Rate: | $50.339566 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 50.339566 | 57.92 | 2,915.67 | 273.21 | 13,695.35 |
| TimeOffUsc | 50.339566 | 4.15 | 208.91 | 12.73 | 629.10 |
| TimeOffSch | | | 0.00 | 9.20 | 449.63 |
| Holiday | | | 0.00 | 12.23 | 609.45 |
| **TOTAL:** | | **62.07** | **3,124.58** | **307.37** | **15,383.53** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 267.22 | 1,320.08 |
| Fed MED/EE | 45.32 | 223.10 |
| Fed OASDI/EE | 193.76 | 953.94 |
| PA Unempl EE | 2.19 | 10.77 |
| PA Withholdng | 95.92 | 472.27 |
| PA WARMINSTER TWP W | 3.52 | 40.45 |
| PA UPPER MORELAND T | 27.72 | 113.38 |
| PA UPPER MORELAND T | 2.00 | 10.00 |
| **TOTAL:** | **637.65** | **3,143.99** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403b 5yr | 187.47 | 831.57 |
| **TOTAL:** | **187.47** | **831.57** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 11.52 | 57.24 |
| STDPTBU | 31.23 | 155.24 |
| AH BEST | 225.67 | 1,169.48 |
| **TOTAL:** | **268.42** | **1,381.96** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Ins.* | 0.60 | 2.60 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,124.58 | 2,937.71 | 637.65 | 455.89 | 2,031.04 |
| YTD | 15,383.53 | 14,554.56 | 3,143.99 | 2,213.53 | 10,026.01 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000011365863 | Checking | 2,031.04 |
| **TOTAL:** | | **2,031.04** |

**MESSAGE:**

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

**Date:** 03/03/2023

**Advice No.** 11365863

**Deposit Amount:** $2,031.04

**To The Account Of**

**DENISE ECK**
1102 Ford Road
Bensalem, PA 19020
Location: Schilling Campus

## NON-NEGOTIABLE

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

| Pay Group: | ABI-AMH Biweekly |
|---|---|
| Pay Begin Date: | 01/29/2023 |
| Pay End Date: | 02/11/2023 |

| Business Unit: | 410 |
|---|---|
| Advice #: | 000000011335367 |
| Advice Date: | 02/17/2023 |

**Denise Eck**
1102 Ford Road
Bensalem, PA 19020

| Employee ID: | 000134492 |
|---|---|
| Department: | 41030040-Rad Mammo |
| Location: | Schilling Campus |
| Job Title: | Registered Nurse |
| Pay Rate: | $50.339566 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 50.339566 | 61.30 | 3,085.82 | 215.29 | 10,779.68 |
| TimeOffUsc | 50.339566 | 0.58 | 29.20 | 8.58 | 420.19 |
| TimeOffSch | | | 0.00 | 9.20 | 449.63 |
| Holiday | | | 0.00 | 12.23 | 609.45 |
| **TOTAL:** | | **61.88** | **3,115.02** | **245.30** | **12,258.95** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 266.14 | 1,052.86 |
| Fed MED/EE | 45.17 | 177.78 |
| Fed OASDI/EE | 193.17 | 760.18 |
| PA Unempl EE | 2.18 | 8.58 |
| PA Withholdng | 95.63 | 376.35 |
| PA WARMINSTER TWP W | 11.28 | 36.93 |
| PA UPPER MORELAND T | 19.87 | 85.66 |
| PA UPPER MORELAND T | 2.00 | 8.00 |
| **TOTAL:** | **635.44** | **2,506.34** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403b 5yr | 186.90 | 644.10 |
| **TOTAL:** | **186.90** | **644.10** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 11.52 | 45.72 |
| STDPTBU | 31.23 | 124.01 |
| AH BEST | 225.77 | 943.81 |
| **TOTAL:** | **268.52** | **1,113.54** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Ins.* | 0.60 | 2.00 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,115.02 | 2,928.72 | 635.44 | 455.42 | 2,024.16 |
| YTD | 12,258.95 | 11,616.85 | 2,506.34 | 1,757.64 | 7,994.97 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000011335367 | Checking | 2,024.16 |
| **TOTAL:** | | **2,024.16** |

**MESSAGE:**

---

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

Date: 02/17/2023

Advice No. 11335367

**Deposit Amount:**   $2,024.16

**To The Account Of**

**DENISE ECK**
1102 Ford Road
Bensalem, PA 19020
Location: Schilling Campus

## NON-NEGOTIABLE

| Abington Memorial Hospital<br>1200 Old York Road<br>Abington, PA 19001 | Pay Group: ABI-AMH Biweekly<br>Pay Begin Date: 01/15/2023<br>Pay End Date: 01/28/2023 | Business Unit: 410<br>Advice #: 000000011287935<br>Advice Date: 02/03/2023 |
|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Denise Eck<br>1102 Ford Road<br>Bensalem, PA 19020 | Employee ID: 000134492<br>Department: 41030040-Rad Mammo<br>Location: Schilling Campus<br>Job Title: Registered Nurse<br>Pay Rate: $50.339566 Hourly | | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Married<br>0 | Married<br>0 |

### HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | 50.339566 | 60.68 | 3,054.61 | 153.99 | 7,693.86 | |
| TimeOffSch | | 0.00 | 0.00 | 9.20 | 449.63 | |
| TimeOffUsc | | 0.00 | 0.00 | 8.00 | 390.99 | |
| Holiday | | 0.00 | 0.00 | 12.23 | 609.45 | |
| **TOTAL:** | | **60.68** | **3,054.61** | **183.42** | **9,143.93** | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 263.00 | 786.72 |
| Fed MED/EE | 44.30 | 132.61 |
| Fed OASDI/EE | 189.42 | 567.01 |
| PA Unempl EE | 2.14 | 6.40 |
| PA Withholdng | 93.78 | 280.72 |
| PA WARMINSTER TWP W | 11.00 | 25.65 |
| PA UPPER MORELAND T | 19.55 | 65.79 |
| PA UPPER MORELAND T | 2.00 | 6.00 |
| **TOTAL:** | **625.19** | **1,870.90** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403b 5yr | 152.73 | 457.20 |
| **TOTAL:** | **152.73** | **457.20** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 11.52 | 34.20 |
| STDPTBU | 31.23 | 92.78 |
| AH BEST | 225.77 | 718.04 |
| **TOTAL:** | **268.52** | **845.02** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Ins.* | 0.60 | 1.40 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,054.61 | 2,902.48 | 625.19 | 421.25 | 2,008.17 |
| YTD | 9,143.93 | 8,688.13 | 1,870.90 | 1,302.22 | 5,970.81 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000011287935 | Checking | 2,008.17 |
| **TOTAL:** | | **2,008.17** |

**MESSAGE:**

---

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA 19001

**Date:** 02/03/2023

**Advice No.** 11287935

**Deposit Amount:** $2,008.17

**To The Account Of**

**DENISE ECK**
1102 Ford Road
Bensalem, PA 19020

Location: Schilling Campus

## NON-NEGOTIABLE

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA  19001

| | |
|---|---|
| Pay Group: | ABI-AMH Biweekly |
| Pay Begin Date: | 01/01/2023 |
| Pay End Date: | 01/14/2023 |

| | |
|---|---|
| Business Unit: | 410 |
| Advice #: | 000000011247745 |
| Advice Date: | 01/20/2023 |

**Denise Eck**
1102 Ford Road
Bensalem, PA  19020

| | |
|---|---|
| Employee ID: | 000134492 |
| Department: | 41030040-Rad Mammo |
| Location: | Schilling Campus |
| Job Title: | Registered Nurse |
| Pay Rate: | $50.339566 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| | | Current | | | YTD |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 50.339566 | 53.80 | 2,708.27 | 93.31 | 4,639.25 |
| Holiday | 50.339566 | 8.00 | 402.72 | 12.23 | 609.45 |
| TimeOffSch | | | 0.00 | 9.20 | 449.63 |
| TimeOffUsc | | | 0.00 | 8.00 | 390.99 |
| **TOTAL:** | | **61.80** | **3,110.99** | **122.74** | **6,089.32** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 269.42 | 523.72 |
| Fed MED/EE | 45.12 | 88.31 |
| Fed OASDI/EE | 192.92 | 377.59 |
| PA Unempl EE | 2.18 | 4.26 |
| PA Withholdng | 95.51 | 186.94 |
| PA WARMINSTER TWP W | 7.26 | 14.65 |
| PA UPPER MORELAND T | 23.85 | 46.24 |
| PA UPPER MORELAND T | 2.00 | 4.00 |
| **TOTAL:** | **638.26** | **1,245.71** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403b 5yr | 155.55 | 304.47 |
| **TOTAL:** | **155.55** | **304.47** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 11.52 | 22.68 |
| STDPTBU | 31.23 | 61.55 |
| AH BEST | 246.09 | 492.27 |
| **TOTAL:** | **288.84** | **576.50** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Ins.* | 0.60 | 0.80 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,110.99 | 2,956.04 | 638.26 | 444.39 | 2,028.34 |
| YTD | 6,089.32 | 5,785.65 | 1,245.71 | 880.97 | 3,962.64 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000011247745 | Checking | 2,028.34 |
| **TOTAL:** | | **2,028.34** |

MESSAGE:

---

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA  19001

Date: 01/20/2023

Advice No. 11247745

**Deposit Amount:**   $2,028.34

**To The Account Of**

**DENISE ECK**
1102 Ford Road
Bensalem, PA  19020

Location: Schilling Campus

## NON-NEGOTIABLE