| Employee Name | Work Location | |
|---|---|---|
| GERALD C ECK | 1021 PAWLG FDR 1909 8 8 | 1021746040 |

| Employee ID | SSN | | | Status | Advice Date |
|---|---|---|---|---|---|
| 5565696 | XXX-XX-9011 | S | S 00 | | 03/10/2023 |

| Period Begin | Period End | Total Earned | Total Taxes | Total Deductions | Net Amount |
|---|---|---|---|---|---|
| 02/26/2023 | 03/04/2023 | 1,757.90 | 437.81 | 309.56 | 1,010.53 |

Earnings | Deductions - After

| Description | Rate | Miles | Hours | Cur. Amt | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| CURRENT PAY RATE | 41.56 | | | | TAXES | | |
| REGULAR | 41.560 | | 21.04 | 874.42 | FICA | 105.63 | 1,864.11 |
| MILEAGE | .9717 | 774.5 | | 752.58 | FICA MEDICARE | 24.70 | 435.96 |
| OVERTIME | 62.340 | | 1.23 | 76.68 | FEDERAL TAX | 236.12 | 5,263.74 |
| PER DIEM | .0350 | 1549.0 | | 54.22 | ST TAX- PA | 52.30 | 923.04 |
| TOTAL HOURS WORKED | | | 22.27 | | SUT EMPL DEDCT | 1.02 | 18.02 |
| CURRENT TOTALS | | | | 1,757.90 | HORSHAM TW | 1.00 | 10.00 |
| Y-T-D TOTALS | | | 296.65 | 31,279.40 | HORSHAM | 17.04 | 300.66 |
| | | | | | TOTALS | 437.81 | |
| | | | | | DEDUCTIONS | | |
| | | | | | PRU 401K   7 | 119.26 | 2,104.63 |
| | | | | | 401(K) LOAN 3 | 46.16 | 461.60 |
| | | | | | 401(K) LOAN 4 | 40.14 | 401.40 |
| | | | | | UNIONDUE | 104.00 | 312.00 |
| | | | | | TOTALS | 309.56 | |

VAC  0.00  H   OPD  4.00  D          OTH  0.00  D

Employee Address: 1102 FORD RD
BENSALEM, PA, 19020

| Employee Name | | | | | | |
|---|---|---|---|---|---|---|
| GERALD C ECK | | | 1021 PAWLG FDR 1909 8 8 | | | 1021716335 |

| Employee ID | Tax ID | Fed Status | St Stat | Status | Advice Date |
|---|---|---|---|---|---|
| 5565696 | XXX-XX-9011 | S | S 00 | | 03/03/2023 |

| Company | Period Beg | Period End | Total Earned | Total Taxes | Total Deductions | Net Amount |
|---|---|---|---|---|---|---|
| | 02/19/2023 | 02/25/2023 | 2,161.45 | 568.38 | 233.80 | 1,359.27 |

| Description | Rate | Hours | Gross | | Amount | YTD |
|---|---|---|---|---|---|---|
| CURRENT PAY RATE | 41.56 | | | TAXES | | |
| REGULAR 41.560 | | 2.57 | 106.81 | FICA | 130.64 | 1,758.48 |
| MILEAGE .9717 | 775.5 | | 753.55 | FICA MEDICARE | 30.56 | 411.26 |
| PER DIEM .0350 | 1551.0 | | 54.29 | FEDERAL TAX | 319.16 | 5,027.62 |
| OPT'N DA 41.560 | | 30.00 | 1,246.80 | ST TAX- PA | 64.69 | 870.74 |
| TOTAL HOURS WORKED | | 2.57 | | SUT EMPL DEDCT | 1.26 | 17.00 |
| CURRENT TOTALS | | | 2,161.45 | HORSHAM TW | 1.00 | .9.00 |
| Y-T-D TOTALS | | 274.38 | 29,521.50 | HORSHAM | 21.07 | 283.62 |
| | | | | TOTALS | 568.38 | |
| | | | | DEDUCTIONS | | |
| | | | | PRU 401K  7 | 147.50 | 1,985.37 |
| | | | | 401(K) LOAN 3 | 46.16 | 415.44 |
| | | | | 401(K) LOAN 4 | 40.14 | 361.26 |
| | | | | TOTALS | 233.80 | |
| VAC 0.00 H  OPD 7.00 D | | | | OTH 0.00 D | | |

1102 FORD RD
BENSALEM, PA, 19020

| Employee Name | | | | | | | Advice No |
|---|---|---|---|---|---|---|---|
| GERALD C ECK | | | 1021 PAWLG FDR 1909 8 8 | | | | 1021686508 |
| Employee # | | Tax ID | Tax Status | | | SS# Status | |
| 5565696 | | XXX-XX-9011 | S | S 00 | | | 02/24/2023 |
| Customer | Period Begin | Period End | Total Gross | Total Taxes | Total Deductions | Net Amount |
| | 02/12/2023 | 02/18/2023 | 3,649.10 | 1,022.29 | 326.98 | 2,299.83 |

| Earnings | | | | | Taxes - Deductions - Other | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Total | Description | Current | YTD |
| CURRENT PAY RATE | 41.56 | | | | TAXES | | |
| REGULAR | 41.560 | | 12.32 | 512.02 | FICA | 213.17 | 1,627.84 |
| MILEAGE | .9717 | 3011.5 | | 2,926.27 | FICA MEDICARE | 49.85 | 380.70 |
| PER DIEM | .0350 | 6023.0 | | 210.81 | FEDERAL TAX | 616.27 | 4,708.46 |
| TOTAL HOURS WORKED | | | 12.32 | | ST TAX- PA | 105.56 | 806.05 |
| CURRENT TOTALS | | | | 3,649.10 | SUT EMPL DEDCT | 2.06 | 15.74 |
| Y-T-D TOTALS | | | 241.81 | 27,360.05 | HORSHAM TW | 1.00 | 8.00 |
| | | | | | HORSHAM | 34.38 | 262.55 |
| | | | | | TOTALS | 1,022.29 | |
| | | | | | DEDUCTIONS | | |
| | | | | | PRU 401K  7 | 240.68 | 1,837.87 |
| | | | | | 401(K) LOAN 3 | 46.16 | 369.28 |
| | | | | | 401(K) LOAN 4 | 40.14 | 321.12 |
| | | | | | TOTALS | 326.98 | |
| VAC 0.00 H | OPD 7.00 D | | | | OTH 0.00 D | | |

1102 FORD RD
BENSALEM, PA, 19020

| - GERALD C ECK | | | 1021 PAWLG FDR 1909 8 8 | | | | 1021656793 |

| - 5565696 | XXX-XX-9011 | S | S 00 | | 02/17/2023 |

| Period Begin | Period End | Total | | | Net Amount |
|---|---|---|---|---|---|
| 02/05/2023 | 02/11/2023 | 3,495.27 | 972.23 | 316.70 | 2,206.34 |

```
          CURRENT PAY RATE     41.56                          TAXES
- REGULAR   41.560         9.37     389.42   FICA              204.07    1,414.67
- MILEAGE   .9717  2911.5           2,829.10  FICA MEDICARE     47.73      330.85
- OVERTIME  62.340         1.17       72.94  FEDERAL TAX       583.50    4,092.19
- PER DIEM  .0350  5823.0            203.81  ST TAX- PA        101.05      700.49
- TOTAL HOURS WORKED      10.54              SUT EMPL DEDCT      1.97       13.68
- CURRENT TOTALS                    3,495.27  HORSHAM TW          1.00        7.00
- Y-T-D TOTALS         229.49     23,710.95  HORSHAM            32.91      228.17
                                             - TOTALS          972.23
                                                       DEDUCTIONS
                                             PRU 401K    7     230.40    1,597.19
                                             401(K)LOAN 3       46.16      323.12
                                             401(K)LOAN 4       40.14      280.98
                                                     TOTALS    316.70

- VAC  0.00  H OPD  7.00  D            OTH  0.00  D
              1102 FORD RD
              BENSALEM ,PA ,19020
```

 Return to Paycheck List

| Employee Name | Work Location | |
|---|---|---|
| - GERALD C ECK | 1021 PAWLG FDR 1909 8 8 | 1021623925 |
| Employee ID | Tax ID | Pay Status | S ID # | Status | Check Date |
| - 5565696 | XXX-XX-9011 | S | S 00 | | 02/10/2023 |

| | Period Begin | Period End | Total Earn | Total Taxes | Total Deductions | Net Amount |
|---|---|---|---|---|---|---|
| - | 01/29/2023 | 02/04/2023 | 3,851.37 | 1,163.16 | 459.90 | 2,228.31 |

| Earnings | | | | | Taxes / Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Hours | Gross | Description | Current | YTD |

```
-       CURRENT PAY RATE    41.56                        TAXES
- REGULAR     41.560          92.67    3,851.37   FICA              238.79     1,210.60
- TOTAL HOURS WORKED          92.67               FICA MEDICARE      55.84       283.12
- CURRENT TOTALS                       3,851.37   FEDERAL TAX       708.47     3,508.69
- Y-T-D TOTALS               218.95   20,215.68   ST TAX- PA        118.24       599.44
-                                                 SUT EMPL DEDCT      2.31        11.71
-                                                 HORSHAM TW          1.00         6.00
-                                                 HORSHAM            38.51       195.26
-                                                      TOTALS     1,163.16
-                                                            DEDUCTIONS
-                                                 PRU 401K    7    269.60     1,366.79
-                                                 401(K)LOAN 3       46.16       276.96
-                                                 401(K)LOAN 4       40.14       240.84
-                                                 UNIONDUE          104.00       208.00
-                                                      TOTALS       459.90
- VAC  0.00  H OPD  7.00  D            OTH  0.00  D
```

Employee Address: 1102 FORD RD
BENSALEM, PA .19020