**Abington Memorial Hospital**
1200 Old York Road
Abington, PA  19001

| | |
|---|---|
| Pay Group: | ABI-AMH Biweekly |
| Pay Begin Date: | 03/12/2023 |
| Pay End Date: | 03/25/2023 |

| | |
|---|---|
| Business Unit: | 410 |
| Advice #: | 000000011439980 |
| Advice Date: | 03/31/2023 |

**Denise Eck**
1102 Ford Road
Bensalem, PA  19020

| | |
|---|---|
| Employee ID: | 000134492 |
| Department: | 41030040-Rad Mammo |
| Location: | Schilling Campus |
| Job Title: | Registered Nurse |
| Pay Rate: | $50.339566 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 50.339566 | 63.05 | 3,173.91 | 398.18 | 19,986.29 |
| TimeOffSch | | 0.00 | | 9.20 | 449.63 |
| TimeOffUsc | | 0.00 | | 12.73 | 629.10 |
| Holiday | | 0.00 | | 12.23 | 609.45 |
| **TOTAL:** | | **63.05** | **3,173.91** | **432.34** | **21,674.47** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 272.79 | 1,859.24 |
| Fed MED/EE | 46.03 | 314.33 |
| Fed OASDI/EE | 196.82 | 1,344.05 |
| PA Unempl EE | 2.22 | 15.17 |
| PA Withholdng | 97.44 | 665.40 |
| PA WARMINSTER TWP W | 4.09 | 51.71 |
| PA UPPER MORELAND T | 27.65 | 165.03 |
| PA UPPER MORELAND T | 2.00 | 14.00 |
| **TOTAL:** | **649.04** | **4,428.93** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403b 5yr | 190.43 | 1,209.02 |
| **TOTAL:** | **190.43** | **1,209.02** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 21.59 | 90.35 |
| STDPTBU | 30.67 | 217.14 |
| AH BEST | 274.80 | 1,719.08 |
| **TOTAL:** | **327.06** | **2,026.57** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Ins.* | 0.60 | 3.80 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,173.91 | 2,984.08 | 649.04 | 517.49 | 2,007.38 |
| YTD | 21,674.47 | 20,469.25 | 4,428.93 | 3,235.59 | 14,009.95 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000011439980 | Checking | 2,007.38 |
| **TOTAL:** | | **2,007.38** |

**MESSAGE:**

---

**Abington Memorial Hospital**
1200 Old York Road
Abington, PA  19001

**Date: 03/31/2023**

**Advice No. 11439980**

**Deposit Amount:**    **$2,007.38**

**To The Account Of**

**DENISE ECK**
1102 Ford Road
Bensalem, PA  19020
Location: Schilling Campus

## NON-NEGOTIABLE