
Return to Paycheck List
If you hear of at-risk volume, please email TellUs@ups.com

| | | | | | | |
|---|---|---|---|---|---|---|
| GERALD C ECK | | 1021 PAWLG FDR 1909 8 8 | | | | 1021775322 |
| 5565696 | XXX-XX-9011 | S | S 00 | | | 03/17/2023 |
| | 03/05/2023 | 03/11/2023 | 3,532.46 | 984.93 | 319.31 | 2,228.22 |

```
        CURRENT PAY RATE    41.56                    TAXES
 REGULAR  41.560        12.02     499.55  FICA              206.38    2,070.49
 MILEAGE   .9717 2911.5          2,829.10  FICA MEDICARE      48.27      484.23
 PER DIEM  .0350 5823.0            203.81  FEDERAL TAX       591.80    5,855.54
 TOTAL HOURS WORKED    12.02              ST TAX- PA        102.19    1,025.23
 CURRENT TOTALS                 3,532.46  SUT EMPL DEDCT      2.00       20.02
 Y-T-D TOTALS         308.67   34,811.86  HORSHAM TW          1.00       11.00
                                           HORSHAM            33.29      333.95
                                              TOTALS         984.93
                                                    DEDUCTIONS
                                           PRU 401K    7    233.01    2,337.64
                                           401(K)LOAN 3     46.16      507.76
                                           401(K)LOAN 4     40.14      441.54
                                              TOTALS         319.31

 VAC  0.00  H  OPD  4.00  D        OTH  0.00  D
```

1102 FORD RD
BENSALEM, PA, 19020

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

| | | | | | |
|---|---|---|---|---|---|
| - GERALD C ECK | | 1021 PAWLG FDR 1909 8 8 | | | 1021806102 |
| - 5565696 | XXX-XX-9011 | S | S 00 | | 03/24/2023 |
| - | 03/12/2023 | 03/18/2023 | 3,575.09 | 999.18 | 322.24 | 2,253.67 |

```
-         CURRENT PAY RATE    41.56              TAXES
- REGULAR   41.560       12.77      530.72  FICA              208.97    2,279.46
- MILEAGE   .9717 2922.5           2,839.79  FICA MEDICARE      48.87      533.10
- PER DIEM  .0350 5845.0             204.58  FEDERAL TAX       601.14    6,456.68
- TOTAL HOURS WORKED    12.77                ST TAX- PA        103.47    1,128.70
- CURRENT TOTALS                   3,575.09  SUT EMPL DEDCT      2.02       22.04
- Y-T-D TOTALS          321.44    38,386.95  HORSHAM TW          1.00       12.00
-                                            HORSHAM            33.71      367.66
-                                               TOTALS         999.18
-                                                 DEDUCTIONS
-                                            PRU 401K    7    235.94    2,573.58
-                                            401(K)LOAN  3     46.16      553.92
-                                            401(K)LOAN  4     40.14      481.68
-                                                TOTALS        322.24

- VAC 0.00 H OPD 4.00 D               OTH  0.00 D
```

1102 FORD RD
BENSALEM ,PA ,19020

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

| | | | | | | |
|---|---|---|---|---|---|---|
| - GERALD C ECK | | 1021 PAWLG FDR 1909 8 8 | | | | 1021835624 |
| - 5565696 | XXX-XX-9011 | S | S 00 | | | 03/31/2023 |
| - | 03/19/2023 | 03/25/2023 | 3,621.44 | 1,015.00 | 325.48 | 2,280.96 |

```
-        CURRENT PAY RATE     41.56                    TAXES
- REGULAR   41.560        12.76     530.31   FICA              211.85      2,491.31
- MILEAGE   .9717 2922.5           2,839.79   FICA MEDICARE      49.54        582.64
- OVERTIME  62.340         0.75      46.76   FEDERAL TAX        611.49      7,068.17
- PER DIEM  .0350 5845.0            204.58   ST TAX- PA         104.90      1,233.60
- TOTAL HOURS WORKED      13.51              SUT EMPL DEDCT       2.05         24.09
- CURRENT TOTALS                   3,621.44   HORSHAM TW          1.00         13.00
- Y-T-D TOTALS          334.95    42,008.39   HORSHAM            34.17        401.83
-                                                TOTALS       1,015.00
-                                                          DEDUCTIONS
-                                             PRU 401K     7    239.18      2,812.76
-                                             401(K)LOAN 3      46.16        600.08
-                                             401(K)LOAN 4      40.14        521.82
-                                                TOTALS         325.48
- VAC  0.00  H OPD  4.00  D           OTH  0.00  D
```

1102 FORD RD
BENSALEM ,PA ,19020

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328