Certificate Number: 03621-PAE-DE-037526376

Bankruptcy Case Number: 23-10800



03621-PAE-DE-037526376

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2023, at 3:37 o'clock PM EDT, Gerald Eck completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 20, 2023

By:  /s/Shannon Cutcher

Name:  Shannon Cutcher

Title:  Credit Counselor