Certificate Number: 03621-PAE-DE-037526378

Bankruptcy Case Number: 23-10800



03621-PAE-DE-037526378

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on June 20, 2023, at 3:37 o'clock PM EDT, Denise Eck completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 20, 2023

By:   /s/Shannon Cutcher

Name:   Shannon Cutcher

Title:   Credit Counselor