**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Gerald C Eck<br>        Denise M Eck<br><br>                        Debtor(s) | CHAPTER 13 |
| CrossCountry Mortgage, LLC<br>                        Movant<br><br>            vs. | NO. 23-10800 MDC |
| Gerald C Eck<br>Denise M Eck<br><br>                        Debtor(s)<br><br>Kenneth E. West<br><br>                        Trustee | 11 U.S.C. Section 362 |

**CERTIFICATE OF SERVICE**

I, Mark A. Cronin Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of CrossCountry Mortgage, LLC for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on August 28, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Gerald C Eck
1102 Ford Road
Bensalem, PA 19020

Denise M Eck
1102 Ford Road
Bensalem, PA 19020

Attorney for Debtor(s)
Paul H. Young,, Esq.
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
**VIA ECF**

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: August 28, 2023

/s/Mark A. Cronin
Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant