United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-10800-mdc |
|---|---|
| Gerald C Eck | Chapter 13 |
| Denise M Eck | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: 155 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald C Eck, Denise M Eck, 1102 Ford Road, Bensalem, PA 19020-4517 |
| 14766455 | | Bay Area Credit Services, Permanently closed at reported address, Norcross, GA 30093 |
| 14849582 | + | CrossCountry Mortgage, LLC, c/o Roger Fay, Esquire, ALBERTELLI LAW, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14768981 | + | CrossCountry Mortgage, LLC, C/O Michael P. Farrington, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14766913 | + | Sensible Auto Finance, 44 Old Ridgebury Rd, Ste 100, DANBURY CT 06810-5259 |
| 14766478 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14766451 | + | Email/Text: bankruptcy@rentacenter.com | Feb 02 2024 00:26:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14766452 | + | Email/Text: bankruptcy@rentacenter.com | Feb 02 2024 00:26:00 | AcceptanceNOW, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14768455 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 02 2024 00:30:59 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14785697 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 02 2024 00:31:04 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14766453 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 02 2024 00:26:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14766454 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 02 2024 00:26:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14766456 | ^ | MEBN | Feb 02 2024 00:18:41 | Bay Area Credit Services, 4145 Shackleford Road, Norcross, GA 30093-3541 |
| 14766457 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2024 00:30:48 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14766458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2024 00:31:31 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14766459 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 02 2024 00:30:45 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14766460 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 02 2024 00:31:36 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 14767649 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 02 2024 00:30:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. |

Case 23-10800-mdc  Doc 69  Filed 02/03/24  Entered 02/04/24 00:34:15  Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: 155 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | | Dept. APS, Oklahoma City, OK 73118-7901 |
| 14778808 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 02 2024 00:31:30 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14782175 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 02 2024 00:31:34 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14783374 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2024 00:31:34 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14766462 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2024 00:30:46 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14766461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2024 00:31:35 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14785044 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 02 2024 00:26:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14766464 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 02 2024 00:26:00 | Dovenmuehle Mortgage, Inc/Cross Country, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 14766463 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 02 2024 00:26:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 36, Lake Zurich, IL 60047 |
| 14766465 | + | Email/Text: bknotice@ercbpo.com | Feb 02 2024 00:26:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14766466 | + | Email/Text: bknotice@ercbpo.com | Feb 02 2024 00:26:00 | Enhanced Recovery Company, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14766467 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 02 2024 00:26:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14766468 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 02 2024 00:26:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 14766469 | + | Email/Text: bankruptcy@flagshipcredit.com | Feb 02 2024 00:26:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14766470 | + | Email/Text: bankruptcy@flagshipcredit.com | Feb 02 2024 00:26:00 | Flagship Credit Acceptance, Po Box 3807, Coppell, TX 75019-5877 |
| 14766471 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 02 2024 00:26:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 14766472 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 02 2024 00:26:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 14774135 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 02 2024 00:26:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14766474 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 02 2024 00:26:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14766473 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 02 2024 00:26:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14767645 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 00:31:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14766475 | + | Email/PDF: cbp@omf.com | Feb 02 2024 00:30:49 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14766476 | + | Email/PDF: cbp@omf.com | Feb 02 2024 00:30:44 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14804761 | | Email/Text: bnc-quantum@quantum3group.com | Feb 02 2024 00:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14782998 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 23-10800-mdc  Doc 69  Filed 02/03/24  Entered 02/04/24 00:34:15  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: 155 | Total Noticed: 43 |

| | | | Feb 02 2024 00:26:00 | Quantum3 Group LLC as agent for, BLST SMS LLC & BB Allium Borrowing Trust, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 14766477 | + | Email/Text: compliance@sensibleauto.com | Feb 02 2024 00:26:00 | Sensible Auto Lending, 275 Middlesex Turnpike, Old Saybrook, CT 06475-4209 |
| 14766478 | + | Email/Text: support@ymalaw.com | Feb 02 2024 00:26:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CrossCountry Mortgage LLC mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Denise M Eck support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Gerald C Eck support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| ROGER FAY | on behalf of Creditor CrossCountry Mortgage LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gerald C Eck and Denise M Eck
     Debtor(s)

Chapter: 13

Bankruptcy No: 23−10800−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 1, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge, United States Bankruptcy Court

68
Form 155