*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gerald C Eck and Denise M Eck

    Debtor(s)

Case No: 23–10800–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor CrossCountry Mortgage, LLC Filed by Denise M Eck, Gerald C Eck

    on: 9/5/24

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/19/24

Timothy B. McGrath
Clerk of Court

82 – 81
Form 167