United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-10800-amc
Gerald C Eck | Chapter 13
Denise M Eck
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald C Eck, Denise M Eck, 1102 Ford Road, Bensalem, PA 19020-4517 |
| 14903190 | | Ally Bank, Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618 |
| 14766455 | | Bay Area Credit Services, Permanently closed at reported address, Norcross, GA 30093 |
| 14849582 | + | CrossCountry Mortgage, LLC, c/o Roger Fay, Esquire, ALBERTELLI LAW, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14768981 | + | CrossCountry Mortgage, LLC, C/O Michael P. Farrington, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14766451 | + | Email/Text: bankruptcy@rentacenter.com | Sep 20 2024 23:51:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14766452 | + | Email/Text: bankruptcy@rentacenter.com | Sep 20 2024 23:51:00 | AcceptanceNOW, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14768455 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 23:58:51 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14785697 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 23:58:46 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14766453 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 20 2024 23:50:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14766454 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 20 2024 23:50:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14766456 | ^ | MEBN | Sep 20 2024 23:46:45 | Bay Area Credit Services, 4145 Shackleford Road, Norcross, GA 30093-3541 |
| 14766457 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 23:58:49 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14766458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 23:58:50 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14766459 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 20 2024 23:58:57 | Capital One Auto Finance, Attn: Bankruptcy, 7933 |

Case 23-10800-amc    Doc 88    Filed 09/22/24    Entered 09/23/24 00:36:32    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Preston Rd, Plano, TX 75024-2302 |
| 14766460 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 20 2024 23:58:52 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 14767649 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 23:58:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14778808 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 23:58:56 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14782175 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 23:58:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14783374 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 23:58:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14766462 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 23:58:57 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14766461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 23:58:56 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14860942 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2024 23:50:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14785044 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 20 2024 23:50:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14766464 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 20 2024 23:50:00 | Dovenmuehle Mortgage, Inc/Cross Country, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 14766463 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 20 2024 23:50:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 36, Lake Zurich, IL 60047 |
| 14766465 | + | Email/Text: bknotice@ercbpo.com | Sep 20 2024 23:51:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14766466 | + | Email/Text: bknotice@ercbpo.com | Sep 20 2024 23:51:00 | Enhanced Recovery Company, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14766467 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 20 2024 23:51:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14766468 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 20 2024 23:51:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 14766469 | + | Email/Text: bankruptcy@flagshipcredit.com | Sep 20 2024 23:51:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14766470 | + | Email/Text: bankruptcy@flagshipcredit.com | Sep 20 2024 23:51:00 | Flagship Credit Acceptance, Po Box 3807, Coppell, TX 75019-5877 |
| 14766471 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 20 2024 23:51:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 14766472 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 20 2024 23:51:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 14774135 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Sep 20 2024 23:50:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14766474 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 20 2024 23:50:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14766473 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 20 2024 23:50:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14767645 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 23:58:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14766475 | + | Email/PDF: cbp@omf.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 20 2024 23:58:55 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14766476 | + | Email/PDF: cbp@omf.com | Sep 20 2024 23:58:55 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14804761 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2024 23:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14782998 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2024 23:50:00 | Quantum3 Group LLC as agent for, BLST SMS LLC & BB Allium Borrowing Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14766913 | ^ | MEBN | Sep 20 2024 23:47:38 | Sensible Auto Finance, 44 Old Ridgebury Rd, Ste 100, DANBURY CT 06810-5259 |
| 14766477 | + | Email/Text: compliance@sensibleauto.com | Sep 20 2024 23:51:00 | Sensible Auto Lending, 275 Middlesex Turnpike, Old Saybrook, CT 06475-4209 |
| 14766478 | + | Email/Text: support@ymalaw.com | Sep 20 2024 23:50:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Denise M Eck support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 47 |

,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Debtor Gerald C Eck support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

REGINA COHEN

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com,
mmalone@lavin-law.com

ROGER FAY

on behalf of Creditor CrossCountry Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

ROGER FAY

on behalf of Creditor CrossCountry Mortgage  LLC rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    GERALD C ECK<br>    DENISE M ECK<br><br>                      Debtors | Chapter 13<br><br>Bankruptcy No. 23-10800-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: Sept. 20, 2024

_____
Honorable Ashely M. Chan
Bankruptcy Judge